UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) No. 2:16-CR-117 |
| | ) |
| APRIL WEST | ) |

## ORDER

As stated in this Court's March 13, 2017 Order, the defendant filed an "Objection to Report and Recommendation by Magistrate Judge," [Doc. 20], that merely requested a *de novo* review and failed to raise any specific objections. Also in that Objection, the defendant sought a copy of the transcripts of the hearing before the magistrate judge. The magistrate judge ordered that a transcript be prepared at no cost to the defendant. The transcript was filed, and this Court gave the defendant until March 27, 2017, to file a supplement to her objection. The defendant failed to do so.

The Court warned the defendant that the objection must be specific as to why she asserts the magistrate judge's Report and Recommendation is clearly erroneous or contrary to law. The Court quoted the following:

> Objections to a magistrate judge's report and recommendation are reviewed *de novo*. 28 U.S.C. § 636(b)(1)(C). The Sixth Circuit Court of Appeals has stated that "[o]verly general objections do not satisfy the objection requirement." *Spencer v. Bouchard*, 449 F.3d 721, 725 (6th Cir. 2006). "The objections must be clear enough to enable the district court to discern those issues that are dispositive and contentious." *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). Poorly drafted objections, general objections, or objections that require a judge's interpretation are ineffective and

> insufficient to preserve the right of appeal. *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505, 508–09 (6th Cir.1991).

*Dean v. Beckstrom*, No. CIV.A. 13-129-DLB, 2014 WL 5460830, at *2 (E.D. Ky. Oct. 27, 2014). Again, the Court warned the defendant that simply requesting a *de novo* review is not sufficient and that if no supplement is filed, the objection would be summarily OVERRULED. The defendant failed to file a supplement. As such, the objection is OVERRULED. That being said, the Court did conduct a *de novo* review. After careful *de novo* consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that the defendant's objection is OVERRULED, that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 15], and that the motion to suppress, [Doc. 11], be DENIED.

    ENTE

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE